# EXHIBIT B

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-4568251552

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

**Priority:** Routine          **Application Date:** March 09, 2017

## Correspondent

**Name:** Richard Liebowitz
**Email:** rl@liebowitzlawfirm.com
**Telephone:** (516)233-1660
**Address:** 11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Group Registration of Published Photographs - Jana Romanova; 2011 Photos; all published 4/8/11-9/29/11; 3 photos

**Content Title:** Sleeping in kids bed.jpg; 4/8/11

Sleeping on Floral blanket (1).jpg
Sleeping on Red & White Floral Blanket.jpg; 9/29/11

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 08, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Jana Romanova
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Jana Romanova
Nastavnikov Pr, 15-5-210, Saint Petersburg, 195298, Russia

## Certification

**Name:** Richard Liebowitz
**Date:** March 09, 2017