# EXHIBIT C

 **MOTHERBOARD** FR ▼



AMOUR

# L'amour est étrange

 **MIKE LEE PEARL**
Feb 14 2017, 7:14am



**Si vous faites partie de ces célibataires déprimés qui font semblant de se moquer de la Saint-Valentin, bonne nouvelle : selon la science, l'amour n'existe pas.**

 Partager     Tweet    

 MOTHERBOARD   FR ▼

l'amour n'existe pas, donc il n'y a pas de quoi s'énerver.

PUBLICITÉ



Les études scientifiques consacrées à l'accouplement et aux liens de couple sont assez explicites. Certes, la science n'est pas une entité monolithique au sein de laquelle tout le monde est d'accord sur tout. Par ailleurs, il est théoriquement impossible de prouver que quelque chose n'existe pas.

Ces dernières années, on a pas mal parlé du campagnol des prairies, un animal parfaitement monogame (à de très rares exceptions près). Les campagnols des prairies sont tellement monogames qu'ils se mettent en couple immédiatement après l'amour. Comme le disait Abby Marsh, professeur de psychologie à l'université de Georgetown, à une équipe documentaire, "*contrairement à beaucoup d'autres mammifères, le mâle ne disparaît pas. Il reste avec la femelle.*" Quand elle parle des "autres mammifères", j'imagine qu'elle parle de nous.

Des chercheurs ont donc disséqué le cerveau du campagnol et y ont découvert, selon Marsh, "*des récepteurs à ocytocine très denses dans des zones comme le noyau accumbens.*" Le noyau accumbens joue un rôle crucial dans le système de récompense. "*Quand ils s'accouplent, de grandes quantités d'ocytocine sont libérées. Cela déclenche un flux de dopamine*

 Partager    Tweet   

 **MOTHERBOARD**  FR ▼



Ensuite, comme les scientifiques sont parfois vicieux, ils ont administré aux campagnols une drogue qui inhibe leurs récepteurs à ocytocine. Et sans surprise, les campagnols étaient dès lors "*peu intéressés par le couple*", et leur comportement ressemblait bien plus à celui de leur cousin polygame, le *microtus montanus*, qui baise tout ce qui bouge dans la mesure où son objectif est davantage de maximiser le nombre de portées que d'offrir à ses petits la protection de deux parents - chacun son truc, on ne juge pas.

C'est la même chose chez les humains, explique Marsh. "*Les humains sont sans doute construits de la même façon. Les personnes qui suscitent des élans romantiques chez nous déclenchent certainement des flux d'ocytocine au sein de notre cerveau, ce qui suscite une montée de dopamine quand nous les voyons.*" On est juste moins bons que le campagnol en termes de monogamie, même quand aucun chercheur ne vient trafiquer nos récepteurs.

Il n'y a rien de surprenant à ce que les liens de couple soient intimement liés à la biologie, mais songez un peu : on savait depuis longtemps que des processus chimiques jouaient un rôle dans l'aspect reproductif de ce que nous appelons l'amour - si l'on en prend une

 Partager  Tweet ...

3/13/17 **Case 1:17-cv-01378-FB-RER   Document 1-3   Filed 03/13/17   Page 5 of 8 PageID #: 14** L'amour est étrange | Motherboard

 MOTHERBOARD    FR ▼

Laquelle de ces deux capacités préfèreriez-vous perdre définitivement : la reproduction, ou l'amour ? Évidemment, tout le monde répond la reproduction, par peur de passer pour un monstre. Quelqu'un qui se reproduit sans tisser de liens profonds avec son/sa partenaire n'est pas capable d'amour, n'est-ce pas ? Et de toute façon, l'amour est plus profond que ça, non ?

Au cours des dernières décennies, des scientifiques et des philosophes ont écrit des dizaines, voire des centaines, de livres remplis d'arguments plus ou moins vaseux visant à expliquer certains aspects toxiques de l'amour : l'hétéronormativité (il faut être un homme et une femme pour être amoureux), le genre (il faut être soit un homme, soit une femme pour être amoureux), mais aussi le patriarcat, la monogamie, ou encore l'exclusivité - tout cela constituant l'héritage usé de nos ancêtres superstitieux.

La littérature vaguement scientifique est suffisamment riche pour que vous puissiez choisir votre propre explication, celle qui correspond à votre vision des choses. Dans *The Blank Slate*, Steven Pinker explique comment notre comportement dépend de notre biologie, mais il reste coincé dans une vision désuète des rôles masculins et féminins, ce qui lui a valu de devenir l'un des symboles du sexisme scientifique. D'ailleurs, il est toujours difficile de trouver des discours intelligents sur le sujet, le terme de "psychologie évolutionniste" ayant été accaparé par des masculinistes à chapeaux qui s'en serv(ai)ent pour justifier leurs "impératifs biologiques" et leur besoin de "*répandre leur semence*."

Un autre ouvrage, *Sex at Dawn*, par Christopher Ryan et Cacilda Jethá, est sorti en 2011, et est rapidement devenu la référence pour expliquer que les humains ne soient pas monogames. Il est désormais systématiquement cité par les polygames pour expliquer que "*non, c'est pas bizarre*", ainsi que par les gens qui tentent de négocier une "*relation ouverte*" avec leur partenaire. L'ouvrage démonte la théorie selon laquelle la monogamie serait instinctive chez l'homme, mais il est parfois un peu trop optimiste quant à notre tendance à préférer la paix à la guerre, ainsi qu'à notre volonté réelle de résoudre les conflits par la fellation.

Christopher Ryan est désormais l'un des leaders du mouvement anti-monogamie aux Etats-Unis. Voici ce qu'il disait il y a quelques années sur CNN :

 

  MOTHERBOARD                                                    FR ▼

*une tendance assez gênante à atteindre l'orgasme alors que la femme commence tout juste à être excitée. Tout cela suggère que la compétition spermatique a été très forte au sein de notre espèce par le passé."*

Mais la science ne dit pas seulement que nous ne sommes pas une espèce monogame. Nous sommes aussi volages et inconstants. La professeure de psychologie Helen Fisher, qui passe une bonne partie de son temps à donner des conférences sur la science de l'attraction, a développé une théorie selon laquelle la passion est un cycle de quatre ans au sein des couples. Elle lie cette théorie à l'idée suivante : vous rencontrez quelqu'un, vous vous accouplez, et vous élevez ensemble l'enfant né de cette union jusqu'à ce qu'il soit capable d'échapper aux prédateurs ; dès lors, l'un des partenaires se lasse et s'en va. Écoutez donc Fisher lors d'un discours moins controversé :



> *L'amour n'est pas un état, ni un sentiment, ni une disposition, mais un échange, irrégulier, lourd d'histoire, de fantômes du passé, de besoins...*

Au fait, cela ne signifie pas nécessairement que *les hommes* partent. N'importe quel membre du couple peut vouloir quitter l'autre, homme ou femme, gay ou hétéro. Dans *Mother Nature: Maternal Instincts and How They Shape the Human Species*, Sarah Hrdy s'en prend violemment aux supposés instincts maternels et sexuels de la femme. Des phrases

 Partager     Tweet    •••



# MOTHERBOARD

FR ▼

Mais alors même que nous ne cessons de le redéfinir, l'amour demeure un concept éternel et un motif littéraire auquel nous nous rattachons lorsque nous sommes confrontés à l'angoisse existentielle. Carl Sagan lui-même savait rassurer ses lecteurs en insérant, dans les chapitres les plus sombres et angoissants de ses livres, des phrases telles que "*pour des créatures aussi minuscules que nous, l'immensité de l'univers n'est supportable que grâce à l'amour*" ; mais que reste-t-il vraiment de l'amour lorsque nous l'examinons à la lumière froide de la science ?

Si les auteurs de bestsellers n'expliquent pas tout à fait l'amour, la philosophe Judith Butler semble vouloir s'attaquer au problème. Dans une lettre publiée en 2007, elle se débattait avec ce concept volatil. Elle le décrit comme une série de transactions : "*L'amour n'est pas un état, ni un sentiment, ni une disposition, mais un échange irrégulier, lourd d'histoire, de fantômes du passé, de besoins plus ou moins lisibles pour ceux qui se regardent mutuellement avec une vision parfois imparfaite.*"

Je suis assez d'accord avec le point de vue de Judith Butler. L'amour est un comportement dicté par le choix, et auquel la société nous pousse également. S'il existe, ce n'est pas parce qu'il est parfaitement tangible et mesurable, mais parce que nous nous sommes entendus, en tant qu'espèce, pour faire semblant de croire qu'il existe, comme l'argent ou le Père Noël.

M

| CULTURE | SCIENCE | COUPLE | RELATIONS | CERVEAU |

**Recommandé**



 Partager     Tweet    •••




21:58

# Cloner le mammouth

PUBLICITÉ





Partager    Tweet