Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660

June 2, 2017

Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Romanova v. Vice Media LLC (1:17-cv-1378-FB-RER)*

Dear Judge Block,

We represent Plaintiff, Jana Romanova, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in sixty (60) days from today's date if the parties have not submitted their final Stipulation of Dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard Liebowitz

*Counsel for Jana Romanova*